**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**



OCT 3 1 2005

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

**SHAWN DANGERFIELD,**
**Derivatively On Behalf of DELPHI**
**CORPRATION,**

**PLAINTIFF,**

**VS.**

**J.T. BATTENBERG, III, et al.,**

**DEFENDANT.**

**CIVIL ACTION NO.  05-72550**
**HON. GERALD E. ROSEN**
**U.S. DISTRICT JUDGE**

_____/

### ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY

On   October 9, 2005  the Court was notified that above-named Plaintiff

declared bankruptcy.  Now, therefore;

IT IS HEREBY ORDERED that this case is closed for administrative purposes

without prejudice.

IT IS FURTHER ORDERED that this closing does not constitute a dismissal or a

decision on the merits.

IT IS FURTHER ORDERED that when the bankruptcy stay has been removed
this

case may be reopened on motion of any party.

_____

GERALD E. ROSEN
UNITED STATES DISTRICT JUDGE

DATED:   OCT 3 1 2005